```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOES 1-12, *proceeding under a pseudonym*,

                              Plaintiffs,

-against-

UNITED STATES OF AMERICA,

                              Defendant.

1:24-cv-01071 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiffs "Jane Does" 1 through 12 initiated this action by filing a complaint on February 14, 2024 [ECF No. 1 ("Cmpl.")]. They simultaneously moved *ex parte* for leave to proceed under a pseudonym. IT IS HEREBY ORDERED that Plaintiffs application is TEMPORARILY GRANTED to allow for further briefing on Plaintiffs' motion and until further order of this Court. IT IS FURTHER ORDERED that, by March 29, 2024, Plaintiffs shall serve copies of the Complaint and their motion to proceed anonymously on the Defendant. IT IS FURTHER ORDERED that, by April 12, 2024, Defendant shall respond to Plaintiffs' motion.

**SO ORDERED.**

Date: March 4, 2024
       New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**