

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 1, 2024

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: *Doe 1, et al. v. United States of America*, 24-cv-01071 (MKV)

Dear Judge Vyskocil:

    My office represents defendant the United States of America in the above-referenced action brought under the Federal Tort Claims Act. I write to follow up on the letter the Government filed this weekend that, among other things, asked the Court to order Plaintiffs to privately disclose to us the federal judicial district in which each plaintiff resides. ECF No. 10. The Government's request is now moot, as Plaintiffs have emailed us the relevant information and identified the locations in the administrative record where their full addresses can be found.[1]

    The Government thanks the Court for its consideration.

                                                Respectfully submitted,

                                               DAMIAN WILLIAMS
                                             United States Attorney

                           By:    */s/ Jeremy Liss*
                                  JEREMY M. LISS
                                  Assistant United States Attorney
                                  Tel: (212) 637-2795
                                  Email: Jeremy.Liss@usdoj.gov

cc: Plaintiffs' Counsel (via ECF)

---

[1] To be clear, the Government still (i) takes no position on Plaintiffs' motion to proceed anonymously and (ii) reserves the right to reopen down the road the issue of whether Plaintiffs can continue proceeding anonymously.