

**Merson Law, PLLC**

950 Third Avenue, 18th Floor
New York, New York 10022
212-603-9100
Facsimile: 347-441-4171
www.mersonlaw.com
Please mail all correspondence to NY office

**Merson Law, PLLC**

Pennsylvania Office
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

May 7, 2024

**VIA PACER E-FILING**
Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Does vs. United States of America, 1:24-cv-1071-MKV*

Dear Hon. Judge Vyskocil:

I am counsel for Plaintiffs in the above matter. I respectfully write this letter requesting an extension of time until June 20, 2024, to file a second motion to proceed anonymously. Further, I respectfully request that the Court hold the May 20, 2024 date to file an Amended Complaint with the names of the individual plaintiffs in abeyance until decision on the second motion to proceed anonymously. The reason for the request is our office needs time to prepare and gather information to draft a second motion to proceed anonymously. I conferred with the opposing counsel, and the Government consents to the extension of time.

I can be reached at jplotkin@mersonlaw.com or at (212) 603-9100 if Your Honor has any questions. I thank the Court for its attention to this matter.

Respectfully submitted,
MERSON LAW, PLLC

By: /s/Jennifer C. Plotkin
Jennifer C. Plotkin (JP 2121)
Merson Law, PLLC
950 Third Avenue.
New York, NY 10022
Tel.: (212) 603-9100
Email: jplotkin@mersonlaw.com

*Counsel for Plaintiffs*