UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JANE DOE 1, JANE DOE 2, JANE DOE 3,
JANE DOE 4, JANE DOE 5, JANE DOE 6, JANE
DOE 7, JANE DOE 8, JANE DOE 9, JANE DOE
10, JANE DOE 11 and JANE DOE 12,

                         Plaintiffs,                      Civil Action No:  1:24-cv-01071

      v.

                                                  <u>NOTICE OF MOTION</u>

UNITED STATES OF AMERICA,

                        Defendants.
------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated May 15, 2024, plaintiffs Jane Does 1-12 by and through undersigned counsel, respectfully seeks an Order from this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for leave to proceed anonymously under a pseudonym in this action pursuant to Rule 10(a) of the Federal Rules of Civil Procedure.

Dated: May 15, 2024
       New York, New York

                                                        Respectfully submitted,

                                                        **MERSON LAW PLLC**

                           By: _____
                                             Jordan Merson, Esq. (JM-7939)
                                             Jennifer Plotkin, Esq. (JP -2121)
                                             Nathan Werksman, Esq. (5878616)
                                           950 Third Avenue, 18th Floor
                                           New York, NY  10022
                                           Telephone: (212) 603-9100
                                           Fax: (347)- 441-4171
                                           [JMerson@MersonLaw.Com](mailto:JMerson@MersonLaw.Com)
                                           *Counsel for Plaintiffs*