

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 29, 2024

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: *Doe 1, et al. v. United States of America*, 24-cv-01071 (MKV)

Dear Judge Vyskocil:

      My office represents defendant the United States of America in the above-referenced action brought under the Federal Tort Claims Act. I write in response to Plaintiffs' second motion to proceed pseudonymously. *See* ECF No. 15. As with Plaintiffs' prior motion, the Government (i) takes no position on whether Plaintiffs should be permitted at this stage to proceed pseudonymously but (ii) reserves the right to reopen the issue at a later stage.

      The Government thanks the Court for its consideration.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   */s/ Jeremy Liss*
      JEREMY M. LISS
      Assistant United States Attorney
      Tel: (212) 637-2795
      Email: Jeremy.Liss@usdoj.gov

cc: Plaintiffs' Counsel (via ECF)