## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, JANE DOE 7, JANE DOE 8, JANE DOE 9, JANE DOE 10, JANE DOE 11 and JANE DOE 12<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | NOTICE OF VOLUNTARY DISMISSAL<br><br>Case No.: 1:24-CV-01071-MKV |

### JANE DOE 1 - JANE DOE 12's NOTICE OF DISMISSAL, WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (4)(a)(1)(A)(i), Plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, Jane Doe 7, Jane Doe 8, Jane Doe 9, Jane Doe 10, Jane Doe 11, and Jane Doe 12 hereby dismisses their Complaint (Document 1) without prejudice.

Dated: August 22, 2024
New York, New York

By:    /s/Jordan K. Merson_____
Jordan Merson, Esq. (JM-7939)
Jennifer Plotkin, Esq. (JP-2121)
Nathan Werksman, Esq. (5878616)
*Attorneys for Plaintiffs*
950 Third Avenue, 18th Floor
New York, New York 10022
Telephone: (212) 603-9100
Facsimile: (347) 441-4171
Email: jmerson@mersonlaw.com
Email: jplotkin@mersonlaw.com
Email: nwerksman@mersonlaw.com